UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAREED SEPEHRY-FARD,<br><br>    Plaintiff,<br><br>v.<br><br>NATIONSTAR MORTGAGE LLC, et al.,<br><br>    Defendants. | Case No. 3:25-mc-80021-JSC<br><br>**ORDER AUTHORIZING FILING OF COMPLAINT** |

Plaintiff Fareed Sepehry-Fard is subject to two vexatious litigant orders, and so, the undersigned, as duty judge when this action was filed, must determine whether it may be filed.

On March 10, 2015, Judge Lucy Koh issued an order declaring Plaintiff to be a vexatious litigant and stating Plaintiff "must submit for pre-filing review any complaint filed in this district concerning the foreclosure on the Property [at 18314 Baylor Avenue, Saratoga, California 95070]." *Sepehry-Fard v. Select Portfolio Servicing*, No. 14-cv-05142-LHK, Dkt. No. 58 at 21 (N.D. Cal. Mar. 10, 2015). On February 25, 2022, Judge Beth Labson Freeman issued an order declaring Plaintiff to be a vexatious litigant and requiring him to "obtain approval of the Court before filing any case in this Court based on notice of removal in *U.S. Bank National Association*, as *Trustee, etc. v. Fareed Sepehry-Fard*, No. 17-CV-314286, filed in the Superior Court of the State of California for Santa Clara County." *US Bank Nat'l Assn., v. Sepehry-Fard,* No. 22-628 BLF, Dkt. No. 41 at 9 (N.D. Cal. Feb. 25, 2022).

Here, Plaintiff brings foreclosure related claims against Nationstar Mortgage LLC and several other loan servicers/financial institutions. While these claims are similar to those brought in the case that led to the first vexatious litigant order, they concern a different subject property; namely, a residence located at 12309 Saratoga Creek Dr., Saratoga, California. (Dkt. No. 1 at ¶ 4.)

Further, although this is the same property subject to the foreclosure action Plaintiff is prohibited from removing without court approval under the second vexatious litigant order, this action is not a removal, but instead was filed here in the first instance. Thus, Plaintiff's claims are not covered by either of the pre-filing review orders.

Accordingly, the Clerk is directed to accept the complaint for filing upon payment of the filing fee or application to proceed in forma pauperis and to assign the case to an available judge.

**IT IS SO ORDERED.**

Dated: February 3, 2025

JACQUELINE SCOTT CORLEY
United States District Judge